## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-mj-1273-DUTY |
| v. | |
| Adil Hussain | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _March 11_ , _2025_ , at _11:00_ ☒ a.m. / ☐ p.m. before the Honorable _Stephanie S. Christensen_ , in Courtroom _790_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _March 7, 2025_

_____
Hon. Stephanie S. Christensen
United States Magistrate Judge